```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
UNITED STATES SECURITIES AND      :   07 CV 2058 (LAP)
EXCHANGE COMMISSION,              :
                                  :
           Plaintiff,             :   ORDER
                                  :
    v.                            :
                                  :
FRANK A. DUNN, et al.,            :
                                  :
           Defendants.            :
                                  :
------------------------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

   The motions of Defendants Dunn and Beatty to stay this action pending resolution of the criminal charges against them in Canada is granted.

   Counsel shall inform the Court by letter no later than March 1, 2010 of the status of those charges.

SO ORDERED:

Dated:  September 3, 2009

_____
LORETTA A. PRESKA, Chief U.S.D.J.

07cv2058order