

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| v. : | Case No. 07-cv-8851 (LAP) |
| : | |
| NORTEL NETWORKS CORPORATION : | |
| And NORTEL NETWORKS LIMITED, : | (ECF Case) |
| : | |
| Defendants. : | |
| : | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| v. : | Case No. 07-cv-2058 (LAP) |
| : | |
| FRANK A. DUNN, et al., : | (ECF Case) |
| : | |
| Defendants. : | |

## ORDER AUTHORIZING SECOND DISBURSEMENT OF FAIR FUND

The Court, having reviewed the Plaintiff's Notice of Motion, Motion and Memorandum in Support, for an Order Authorizing Second Disbursement of Fair Fund ("Motion"), the Declaration of Lorri Staal, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Distribution Agent shall distribute the remaining balance of the Fair Fund, less the $318,261.06 held in reserve at Signature Bank, to Eligible Claimants pursuant to the Final Payee List (as defined in the Motion) in accordance with the terms of the Distribution Plan approved by this Court on October 6, 2011 ("Plan").

2. In the event, there are sufficient funds remaining 180 days after issuance of the Second Distribution, the Distribution Agent is authorized to make a third distribution

in accordance with the requirements of the Motion and with the Plan, without further court order.

Dated: June 7, 2018

Loretta A. Preska
UNITED STATES DISTRICT JUDGE