UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES and EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff<br><br>　　-against-<br><br>NORTEL NETWORKS CORPORATION and NORTEL NETWORKS LIMITED,<br><br>　　　　　　Defendants. | 7 Civ. 8851 (LAP) |
| UNITED STATES SECURITIES and EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff<br><br>　　-against-<br><br>FRANK A. DUNN, et al.,<br><br>　　　　　　Defendants. | 7 Civ. 2058 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Court is in receipt of the Distribution Agent's Thirty-Eighth Progress Report.  (Dkt. no. 103 in 7-cv-8851; dkt. no. 185 in 7-cv-2058.)  The Distribution Agent shall inform the Court by letter no later than February 4, 2021 what steps are necessary to resolve these matters and close the cases.

**SO ORDERED.**

Dated:　　New York, New York
　　　　　January 21, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　　　Senior United States District Judge