# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORTEL NETWORKS CORPORATION ) <br> And NORTEL NETWORKS LIMITED, ) <br> ) <br> Defendants. ) <br>_____) | Case No. 07-cv-8851 (LAP) <br><br> (ECF Case) |
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANK A. DUNN, et al., ) <br> ) <br> Defendants. ) <br>_____) | Case No. 07-cv-2058 (LAP) <br><br> (ECF Case) |

### [PROPOSED] ORDER APPROVING THE FINAL ACCOUNTING, REMITTING FUNDS TO THE U.S. TREASURY, TERMINATING THE FAIR FUND, DISCHARGING THE DISTRIBUTION AGENT, AND RELATED RELIEF

The Court, having reviewed the Securities and Exchange Commission's ("SEC") Notice of Motion and Motion for an Order approving the Final Accounting, Remitting Funds to the U.S. Treasury, Terminating the Fair Fund, Discharging the Distribution Agent, and Related Relief (the "Motion"); the accompanying Memorandum of Law and its attachments; and for good cause shown,

**IT IS HEREBY ORDERED**, that:

1. The Motion is **GRANTED**;

2. The Final Accounting, attached as Exhibit B to the Memorandum accompanying the Motion is **APPROVED**;

3. Consistent with equitable principles,

   a. The SEC shall transfer all remaining funds, including any disgorgement, penalty, prejudgment interest and accrued interest, in the Fair Fund to the U.S. Treasury, subject to Section 21F(g)(3) of the Securities Exchange Act of 1934 [15 U.S.C. § 78u-6(g)(3)]; and

   b. Any funds returned to the Fair Fund in the future shall be transferred to the SEC for remittance to the U.S. Treasury, subject to Section 21F(g)(3) of the Securities Exchange Act of 1934 [15 U.S.C. § 78u-6(g)(3)]

4. The Fair Fund is **TERMINATED**; **and**

5. The Distribution Agent is **DISCHARGED**.

Dated: September 2, 2021  
       New York, New York

_Loretta A. Preska_  
**LORETTA A. PRESKA**  
**UNITED STATES DISTRICT JUDGE**