UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>-against-<br><br>NORTEL NETWORKS CORPORATION, et al.,<br><br>              Defendants. | No. 07-CV-8851 (LAP)<br><br>ORDER |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>-against-<br><br>FRANK A. DUNN, et al.,<br><br>              Defendants. | No. 07-CV-2058 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Clerk of the Court shall close this case and deny all pending motions as moot.

**SO ORDERED.**

Dated:    September 23, 2021
              New York, New York

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge